| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **Northern District of Texas** |
| Case number (if known): _____ Chapter **11** |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | **TOGETHER GOOD DEEDS IV, LLC** | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 8 – 4 1 7 7 1 1 7 | |
| 4. Debtor's address | **Principal place of business**<br><br>7200 W. UNIVERSITY DRIVE, STE. 300<br>Number      Street<br>MCKINNEY, TX 75071<br>City                              State    ZIP Code<br><br>County | **Mailing address, if different from principal place of business**<br><br>Number      Street<br><br>City                              State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>17250 DALLAS PARKWAY, STE. 220<br>Number      Street<br>DALLAS, TX 75248<br>City                              State    ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor **TOGETHER GOOD DEEDS IV, LLC**   Case number *(if known)* _____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  **5  4  1  3** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                            MM / DD / YYYY<br>        District _____ When _____ Case number _____<br>                            MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>        District _____ When _____<br>                            MM / DD / YYYY<br>        Case number, if known _____ |

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy           page **2**

Debtor  **TOGETHER GOOD DEEDS IV, LLC**    Case number *(if known)*
_____Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number    Street<br>   _____<br>   City                       State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>         Contact name  _____<br>         Phone         _____ |

**Statistical and administrative information**

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99   ☐ 1,000-5,000  ☐ 5,001-10,000   ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999   ☐ 10,001-25,000                   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000       ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000      ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor **TOGETHER GOOD DEEDS IV, LLC**
Name

Case number *(if known)* _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **8/22/2025**
MM/ DD/ YYYY

X _/s/ Tony Lesmes_
Signature of authorized representative of debtor

**ANTHONY LESMES**
Printed name

Title **MANAGER AND SOLE MEMBER**

**18. Signature of attorney**

X _/s/ Vickie L. Driver_
Signature of attorney for debtor

Date **08-22-25**
MM/ DD/ YYYY

**VICKIE L. DRIVER**
Printed name

**DRIVER STEPHENSON, PLLC**
Firm name

**13155 NOEL RD., STE. 900**
Number    Street

**DALLAS**     **TX**     **75240-6882**
City            State    ZIP Code

**(214) 910-9558**     **VICKIE@DRIVERSTEPLAW.COM**
Contact phone         Email address

**24026886**     **TX**
Bar number      State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# RESOLUTION AND WRITTEN CONSENT OF
# SOLE MEMBER OF TOGETHER GOOD DEEDS IV, LLC

August 16, 2025

On the date hereof, the Sole Member (the "**Sole Member**") of Together Good Deeds IV, LLC, a Texas limited liability company (the "**Company**"), took the following actions, provided his written consent (the "**Written Consent**"), and adopted the following resolutions:

**WHEREAS** the Sole Member acknowledges and agrees that all requirements for action to be taken by written consent have been met pursuant to the Company's First Amendment to the Limited Liability Company Agreement (as may be further amended, the "**Company Agreement**");

**WHEREAS** the Sole Member acknowledges and agrees that the signatories to this Written Consent are acting with appropriate and sufficient authority;

**WHEREAS** the Sole Member has considered the financial and operational conditions of the Company and its business and reviewed the historical performance of the Company, the market for the Company's services and the current and long-term liabilities of the Company;

**WHEREAS** the Sole Member has reviewed, considered, and received the recommendations and the advice of the Company's professionals and advisors, including from Driver Stephenson, PLLC ("**Driver**" or the "**Law Firm**"), as general bankruptcy counsel, with respect to potential avenues for relief that are available to the Company, including the possibility of pursuing a bankruptcy filing under the United States Bankruptcy Code;

### Commencement of Chapter 11 Case on Behalf of the Company

**NOW, THEREFORE, BE IT RESOLVED** that, in the business judgment of the Sole Member, it is in the best interests of the Company and its creditors, employees, members, and other parties in interest that the Company file, or cause to be filed, a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code;

**RESOLVED FURTHER** that Anthony Lesmes, the Sole Member of the Company is hereby authorized to execute, deliver and file or cause to be filed, at such time when the Sole Member determines, in his informed good faith, business judgment that it is in the best interests of the Company, with the Bankruptcy Court a voluntary petition of the Company pursuant to Chapter 11 (the "**Petition**") of the Bankruptcy Code, in such form as prescribed by the Official Forms promulgated in connection with the Bankruptcy Code; and it is

**RESOLVED FURTHER** that upon the filing of the Petition as authorized by the previous resolution, the Sole Member or other duly appointed officers expressly authorized by the Sole Member to act (collectively with the Sole Member, the "**Authorized Officers**"), on behalf of the Company, be and hereby are, authorized and empowered to execute and deliver and file or cause to be filed with the Bankruptcy Court, all papers and pleadings necessary or convenient to facilitate the bankruptcy case and all of its matters and proceedings, and any and all other documents, including affidavits, necessary or appropriate in connection with the commencement of the Chapter 11 case of the Company, each in such form or forms as the Authorized Officer so acting may approve;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, be and hereby is, authorized and empowered to execute and deliver and file or cause to be filed with the Bankruptcy Court, all papers and pleadings necessary or convenient to effect, cause or promote the Company's reorganization pursuant to Chapter 11 of the Bankruptcy and any and all other documents, including affidavits, or oral testimony necessary or appropriate in connection with the commencement of the Chapter 11 case of the Company, in such form or forms as the Authorized Officer so acting may approve;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, be and hereby is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Authorized Officer so acting shall deem appropriate to consummate any transactions necessary to effectuate the foregoing resolutions; provided, such attestation shall not be required for the validity of any such documents;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, be and hereby is, authorized to certify and attest to any documents which he or she may deem necessary or appropriate to consummate any transactions necessary to effectuate the foregoing resolutions; provided, such attestation shall not be required for the validity of any such documents;

**RESOLVED FURTHER** that the engagement of the Law Firm in the representation of the Company as debtor, prior to and in any case commenced by the Company under the Bankruptcy Code, in accordance with the terms of the engagement letter between the Company and the Law Firm, and in all matters arising in connection therewith, is hereby approved, and each Authorized Officer be, and hereby is, authorized and empowered to retain such other attorneys, advisors, accountants, consultants or other professionals on behalf of the Company as the Authorized Officer so acting may determine to be necessary or appropriate;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, be and hereby is, authorized to provide the Law Firm with retainers and other payments as the Authorized Officer may deem appropriate and as is mutually acceptable to the Authorized Officer and the Law Firm, and to give such instructions to the Law Firm as is deemed in the best interest of the Company, its creditors, equity security holders and other interested parties;

**RESOLVED FURTHER** that each Authorized Officer, on behalf of the Company, is authorized, empowered, and directed to take any further action necessary or appropriate to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**RESOLVED FURTHER** that all actions taken by the Authorized Officers, in the name of or on behalf of the Company, in connection with the reorganization of the Company or any matters related thereto, or by virtue of these resolutions, are hereby in all aspects ratified, confirmed, and approved.

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent, in one or more counterparts, as of the date set forth above.

_____
Anthony Lesmes

Sole Member, Together Good Deeds IV, LLC

Notary:
[Signature]

CAITLIN OMALLEY
Notary Public, State of Texas
Comm. Expires 05-25-2027
Notary ID 13437795-8